UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLA C. ALFARO BRITTANY,

Plaintiff,

v.

CITY OF ORANGE COURT, et al.,

Defendant.

No.  2:26–cv–01667–TLN–CKD (PS)

FINDINGS AND RECOMMENDATIONS

Plaintiff Michella C. Alfaro Brittany filed a pro se civil complaint naming the City of Orange Court, Loretta Fargate-Farland, and Buena Park Police Department, and "FBI Navy Sealmen" as the defendants and appeared to assert a claim that she was coerced into drug trafficking. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.)

On May 1, 2026, the undersigned reviewed Plaintiff's IFP affidavit and found it did not demonstrate Plaintiff was unable to pay the court costs because Plaintiff reported a monthly income of $19,677.00. (ECF No. 3.) Accordingly, the Court ordered Plaintiff to either submit the filing fee and administrative fee to the Clerk of the Court. (*Id*.) Plaintiff has not paid the filing fee or otherwise acknowledged the Court's order filed on May 1, 2026.

In the Court's order dated May 1, 2026, Plaintiff was specifically cautioned that failure to pay the court costs would result in a recommendation that the application to proceed in forma

1

pauperis be denied and the present action be dismissed. Despite this warning, Plaintiff has failed to take action necessary to properly commence this case.

For the reasons set forth above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated:  July 7, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, alfa26cv1667

2