UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br>Plaintiff,<br>v.<br>CITY OF ORANGE COURT, et al.,<br>Defendants. | No. 2:26-cv-01667-TLN-CKD<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this action apparently asserting a claim that she was coerced into drug trafficking. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) No objections were filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 7, 2026 (ECF No. 4) are ADOPTED

in full;

2. This action is DISMISSED without prejudice for failure to pay the filing fee; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

DATE: October 15, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE